# ASATRIAN LAW GROUP LLC

15 Warren Street
Hackensack, New Jersey 07601
Phone:  201.464-5155
Fax:   201-343-4335
www.asatrianlaw@gmail.com

Martin V. Asatrian, Esq. Founding Partner*      *Admitted to N.J. Bar
Alkistis G. Meimaris, Esq. Of Counsel**        **Admitted to N.Y. Bar

---

November 5, 2019

Honorable Loretta A. Preska
Courtroom 12A
United States District Court
Southern District of New York
500 Pearl Street
New York, New York.  10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-6-19

RE:   Vache Hovhannisyan
      19-CV-3624 and 17-CR-0350-22

Dear Judge Preska:

    I have recently been retained to represent Mr. Hovhannisyan in the above-referenced matters. As per your your Order dated October 24, 2019, Docket No. 6, we respectfully request an extension of time to reply to Respondent's answer dated May 2, 2019, see Docket No. 1148 so that we can prepare an appropriately prepare a response.  Further, I will be filing a notice of appearance within a day of this letter.

    I thank you in advance for your consideration of this request.  Please contact me should you have any questions with regard to this matter.

Mr. Hovhannisyan may respond by no later than December 6, 2019. So ordered.

*Loretta A. Preska*
11/06/2019

Respectfully,

/s/ Alkistis G. Meimaris
Alkistis G. Meimaris, Esq.
*Attorney for Plaintiff*
Asatrian Law Group LLC
15 Warren Street, PHW
Hackensack, New Jersey  07601